IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER R. RAMER & <br> MARY L. RAMER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:06-cv-01276 (RBW) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: September 18, 2006.

                                                                                Respectfully submitted,

                                                                                /s/ Jennifer L. Vozne
                                                                                JENNIFER L. VOZNE
                                                                                Trial Attorney, Tax Division
                                                                                U.S. Department of Justice
                                                                                P.O. Box 227
                                                                                Ben Franklin Station
                                                                                Washington, DC 20044
                                                                                Phone/Fax: (202) 307-6555/514-6866
                                                                                Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on September 18, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>LESTER R. RAMER
>MARY L. RAMER
>*Plaintiffs Pro Se*
>11717 Stage Coach Road
>Gravette, Arkansas 72736

      /s/ Jennifer L. Vozne
    JENNIFER L. VOZNE

1853372.1