RECEIVED

~AO 440  (Rev. 8/01)  Summons in a Civil Action

SEP 2 6 2006

# UNITED STATES DISTRICT COURT

District of _____ Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Lester R. Ramer, and Mary L. Ramer,
Husband and Wife

V.

United States G UT.

**SUMMONS IN A CIVIL ACTION**

CAS    CASE NUMBER   1:06CV01276

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 07/18/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ▓▓▓▓▓▓ (name and address)

Lester R. Ramer
Mary L. Ramer
11717 Stage Coach Road
Gravette, Arkansas 72736

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON

JUL 1 8 2006

CLERK

DATE

_____
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| Service of the Summons and complaint was made by me[1] | DATE  September 22, 2006 |
|---|---|
| NAME OF SERVER *(PRINT)*  Lester R. Ramer | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): USPS Registered Mail # RC-022-691-775-US

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL  $0.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on September 22, 2006    *Lester R. Ramer*
                Date                          Signature of Server

11717 Stage Coach Rd, Gravette, Ar. 72736
Address of Server

# RECEIVED

SEP 2 6 2006

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT


**UNITED STATES POSTAL SERVICE**®

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RC02 2691 775U S**
Status: **Delivered**

Your item was delivered at 4:26 am on August 07, 2006 in WASHINGTON, DC 20530.

*Additional Details >*   *Return to USPS.com Home >*


Track & Confirm

Enter Label/Receipt Number.

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy