AO 440 (Rev. 8/01) Summons in a Civil Action

RECEIVED

# UNITED STATES DISTRICT COURT

SEP 2 6 2006

District of Columbia

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Lester R. Ramer, and
Mary L. Ramer, Husband and Wife

**SUMMONS IN A CIVIL ACTION**

V.

United States GVT.

CASE NUMBER  1:06CV01276

JUDGE: Reggie B. Walton

DECK TYPE: Pro se General Civil

DATE STAMP: 07/18/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530
Attention: Civil Process Clerk

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ~~ATTORNEY~~ PRO SE (name and address)

Lester R. Ramer
Mary L. Ramer
11717 Stage Coach Road
Gravette, Arkansas 72736

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

NANCY M. MAYER-WHITTINGTON                    JUL 1 8 2006
CLERK                                          DATE

_(signature)_
(By) DEPUTY CLERK

◎AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE September 22, 2006 |
| NAME OF SERVER (PRINT) Lester R. Romer | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): USPS Registered Mail #RC-022-691-284-US

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL $0.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  September 22, 2006      *Lester R. Romer*
                Date                          Signature of Server

11717 Stage Coach Rd, Gravette, AR 72736
Address of Server

RECEIVED
SEP 26 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



Home | Help

Track & Confirm

# Track & Confirm

## Search Results

Label/Receipt Number: **RC02 2691 784U S**
Status: **Delivered**

Your item was delivered at 4:26 am on August 07, 2006 in WASHINGTON, DC 20530.

Track & Confirm

Enter Label/Receipt Number.

Additional Details >    Return to USPS.com Home >



POSTAL INSPECTORS    site map    contact us    government services    jobs    National & Premier Accounts
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use    Privacy Policy