IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER R. RAMER & <br> MARY L. RAMER, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | No. 1:06-cv-01276 (RBW) |

**ENTRY OF APPEARANCE**

Please enter the appearance of Pat S. Genis in substitution for Jennifer L. Vozne in the above-referenced case.

DATE: December 28, 2006.        Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044
Phone/Fax:  (202) 307-6390/514-6866
Email: Pat.S.Genis@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

2100588.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiffs *pro se* on December 28, 2006, by depositing a copy in the United States' mail, postage prepaid, addressed as follows:

LESTER R. RAMER
MARY L. RAMER
*Plaintiffs Pro Se*
11717 Stage Coach Road
Gravette, Arkansas 72736

       /s/ Pat S. Genis
PAT S. GENIS, #446244