UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
LESTER R. RAMER, et. al.            )
                                    )
            Plaintiffs,             )
                                    )
    v.                              )     Civil Action No.  06-1276 (RBW)
                                    )
UNITED STATES,                      )
                                    )
            Defendant.              )
_____ )

**ORDER**

This matter is before the Court on the defendant's motion to dismiss filed. The plaintiffs are proceeding pro se in this matter.

In Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), the Court of Appeals held that a district court must take pains to advise a pro se party of the consequences of failing to respond to a dispositive motion. "That notice . . . should include an explanation that the failure to respond . . . may result in the district court granting the motion and dismissing the case." Id. at 509. Accordingly, it is hereby this 10th day of April, 2007,

**ORDERED** that the plaintiffs shall respond to the defendant's motion to dismiss no later than May 10, 2007. If the plaintiffs neither respond nor move for an extension of time by the due date, the Court may treat the motion as conceded and enter judgment in favor of the defendant.

**SO ORDERED.**

                                         Reggie B. Walton
                                         United States District Judge