UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
LESTER R. RAMER, et. al.            )
                                    )
        Plaintiffs,                 )
                                    )
v.                                  )   Civil Action No.  06-1276 (RBW)
                                    )
UNITED STATES,                      )
                                    )
        Defendant.                  )
_____ )

**ORDER**

On September 18, 2006, the defendant filed a motion to dismiss.  The plaintiffs failed to file an opposition within the time prescribed by Local Rule 7(b) ("[w]ithin 11 days of the date of service . . . an opposing party shall serve and file a memorandum of points and authorities in opposition to the motion.").  Accordingly, on April 10, 2007, this Court issued an Order pursuant to Fox v. Strickland, 837 F.2d 507 (D.C. Cir. 1988), advising the plaintiffs that failure to file an opposition to the defendant's motion to dismiss by May 10, 2007, would result in the Court treating the motion as conceded and entering judgment in favor of the defendant.  April 10, 2007 Order.  The plaintiffs have neither filed an opposition nor requested an extension of time to file an opposition by the due date.  Accordingly, it is hereby this 30th day of May, 2007,

**ORDERED** that the defendant's motion is **GRANTED**.  It is further

**ORDERED** that this case is **DISMISSED** without prejudice.

**SO ORDERED** this 30th day of May, 2007.

_____
Reggie B. Walton
United States District Judge