# district court of the United States[1]
# District of Columbia

Lester R. Ramer,    )
Mary L. Ramer       )       Case No: 1:06-CV-01276 (RBW)
                    )
        Plaintiffs,  )       **MOTION TO REINSTATE**
    v.              )
                    )
UNITED STATES (Government),  )
                    )
        Defendant.   )

COME NOW Lester R. Ramer, and Mary L. Ramer, each in their own right, Faretta v. California, 422 US 809, each reserving their individual right to Assistance of Counsel, Id., AMENDMENT VI, UNITED STATES CONSTITUTION, JUDICIARY ACT OF 1789, 1 Stat. 73, § 35, and 28 USC § 2072(b), and the INTERNATIONAL COVENANT ON CIVIL AND POLITICAL RIGHTS, implemented by EXECUTIVE ORDER 13107 on December 10, 1998, 63 Federal Register 240, pp 68991-68993 and hereby move the Court to reinstate the above-captioned case.

This motion is supported by the following:

I.      Plaintiffs' Response to defendant's Motion to Dismiss, SEE Exhibit 1, and its supporting Memorandaum SEE Exhibit 2, were placed into United States Postal Service

---

[1] As designated in Title 26, United States Code, § 7433.

Express Mail, tracking # EO01 6231 510 US, on May 9, 2007.  SEE Exhibit 3.

II.      Delivery was guaranteed by the United States Postal Service for 10 May, 2007, the deadline set by the Court.  The aforementioned Exhibit 3 establishes that Plaintiffs complied with the Court's unsigned "Fox Order", by "respond[ing] to the defendant's motion to dismiss no later than May 10, 2007".

III.      Exhibit 4, a copy of the USPS "Track and Confirm" webpage shows that delivery of United States Postal Service Express Mail, tracking # EO01 6231 510 US was attempted by a USPS employee on May 10, 2007, and completed on May 11, 2007.

IV.      The aforementioned Exhibit 4 establishes that Plaintiffs' Response (Exhibit 1) and Memorandum (Exhibit 2) should have been in the Court's hands well within the mailing time allowed by Court Rule.

V.      Exhibit 5, a USPS reply to our inquiry as to USPS' failure to deliver as contracted, gives the appearance that United States Postal Service Express Mail, tracking # EO01 6231 510 US was mis-delivered by USPS to the Court of Appeals, and signed for by a "P. Palmer".

VI.      Exhibit 6, a follow up USPS reply, shows that United States Postal Service Express Mail, tracking # EO01 6231 510 US was properly addressed to the District Court's address.

VII.      SUMMARY

        Plaintiffs, diligently prosecuting their case, responded timely to the motion to dismiss.

Plaintiffs, diligently prosecuting their case, have produced USPS receipts as evidence of their diligence.

Yet, Plaintiffs' case has been unjustly dismissed.


Plaintiffs seek reinstatement of the above-captioned case, and, upon reinstatement, reconsideration of their Response, including its Memo.


Respectfully Submitted

Dated _____ O1 August _____, 2007

Lester R. Ramer                         Mary L. Ramer

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on:

Pat S. Genis
U.S. Department of Justice
P.O. Box 227
Ben Franklin Station
Washington D.C. 20044

Dated _____ Ol August _____ , 2007

Lester Ramer