Exhibit 3

POSTNET: Your Vendor & Small
Business Support Center in NWA
Bentonville - 479-254-8600

Store:AR109   Clerk:54    Register:1
05/09/2007           4:44:07
Transaction#:  57736

Number    Name
-----------------------------------
        Lester & Mary Ramer
-----------------------------------

1 Copies - B&W 8.5"x11"
   03040370000223439273
        708 @  0.05        35.40
2 Finishing Services - Manual 3-hole Pu
        708 @  0.02        14.16
3 Computer Rental - Per Hour
   03041070000167317590
        1 @  14.00        14.00
4 Box - 11.75x8.75x8.75
        1 @  3.31         3.31
5.USPS  Express Ref#:44322
5.Trk#:E0016231510US
5.No Value Declared
5.Scale Wgt: 4.35 lb
5.District Court of the United States
5.Zip:20001 Zn:1 Rt Wgt :4.5 lb
        1 @  47.59        47.59
6.USPS  Express Ref#:44331
6.Trk#:E0016233555US
6.No Value Declared
6.Manual Weight: 1.95 lb
6.Pat S. Genis
6.Zip:20044 Zn:1 Rt Wgt :2 lb
        1 @  31.19        31.19
7 Highlighter - Brite Liner - Yellow
   070330312579
        2 @  2.05         4.10
                      ----------
        Merchandise Total:  149.75
             Sales Tax:     5.13
                      ----------
             Balance Due:  154.88
                  Cash:    155.00
                      ----------
                Change:     0.12

OUR OFFICE IS YOUR OFFICE!
UPLOAD YOUR FILES FOR PRINTING
TO: www.NWACopyandPrint.com