

*Exhibit 4*

Home | Help | Sign In

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: EO01 6231 510U S
Detailed Results:
- Delivered, May 11, 2007, 11:41 am, WASHINGTON, DC 20001
- Notice Left, May 10, 2007, 11:44 am, WASHINGTON, DC 20001
- Arrival at Unit, May 10, 2007, 9:46 am, WASHINGTON, DC 20001
- Enroute, May 10, 2007, 6:59 am, WASHINGTON, DC 20074
- Enroute, May 09, 2007, 6:26 pm, FAYETTEVILLE, AR 72701
- Acceptance, May 09, 2007, 5:02 pm, BENTONVILLE, AR 72712
- Electronic Shipping Info Received, May 09, 2007

**Track & Confirm**

Enter Label/Receipt Number.

( Go > )

( < Back )    ( Return to USPS.com Home > )

**Notification Options**

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email.  ( Go > )

**Proof of Delivery**

Verify who signed for your item by email, fax, or mail.  ( Go > )



POSTAL INSPECTORS    site map   contact us   government services   jobs   **National & Premier Accounts**
Preserving the Trust            Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelDetail.do                                    6/8/2007

**UNITED STATES POSTAL SERVICE**

Date: 06/08/2007

Lester Ramer:

The following is in response to your 06/08/2007 request for delivery information on your Express Mail item number EO01 6231 510U S. The delivery record shows that this item was delivered on 05/11/2007 at 11:41 AM in WASHINGTON, DC 20001 to P. PALMER. The scanned image of the recipient information is provided below.

Signature of Recipient: 

Address of Recipient: 

Thank you for selecting the Postal Service for your mailing needs. If you require additional assistance, please contact your local Post Office or postal representative.

Sincerely,

United States Postal Service