*Exhibit 5*


**UNITED STATES**
**POSTAL SERVICE**

July 2, 2007

CSO: SMS: 9998

Subject: Express Mail Delivery/ Lester Raymer

To whom it may concern:

This letter is regarding the express mail piece #EO016231510US addressed to 333 Constitution Ave. Washington, DC 20001, attn. Reggie Walton.

The U.S. Postal Service attempted to deliver the aforementioned piece on 5/10/2007. Unfortunately the carrier was unable to make delivery due to unfamiliarity and complexity of the court house building. The carrier scanned the piece attempted before noon and continued to attempt to locate the individual unsuccessfully. U.S.P.S. standard operating procedures for delivery of express mail requires the carrier or delivery person to scan the piece upon arrival at the delivery point. The express piece was returned to the delivery unit for a second attempt of delivery the following day. The express piece was successfully delivered and scanned as such on 5/11/2007. If further details is necessary, www.usps.com can provide additional information.

Thank you for using the U.S. Postal Service,

David Witherspoon
(a) Manager, Main Office
Zones1, 4 & 5
202-636-2292