Exhibit 6

```
       POSTNET: Your Vendor & Small
       Business Support Center in NWA
         Bentonville - 479-254-8600

   Store:AR109   Clerk:54      Register:1
       05/09/2007              4:44:07
             Transaction#:  57736

   ******************************
   *      RECEIPT REPRINT       *
   ******************************
     Reprinted On  06-18-2007   09:54:39
   Number      Name
   ----------------------------------------
             Lester & Mary Ramer
   ----------------------------------------

   1 Copies - B&W 8.5"x11"
       03040370000223439273
           708 @    0.05              35.40
   2 Finishing Services - Manual 3-hole Pu
           708 @    0.02              14.16
   3 Computer Rental - Per Hour
       03041070000167317590
             1 @   14.00              14.00
   4 Box - 11.75x8.75x8.75
             1 @    3.31               3.31
   5.USPS  Express Ref#:44322
   5.Trk#:E0016231510US
   5.No Value Declared
   5.Scale Wgt: 4.35 lb
   5.District Court of the United States
   5.Zip:20001 Zn:1 Rt Wgt :4.5 lb
             1 @   47.59              47.59
   6.USPS  Express Ref#:44331
   6.Trk#:E0016233555US
   6.No Value Declared
   6.Manual Weight: 1.95 lb
   6.Pat S. Genis
   6.Zip:20044 Zn:1 Rt Wgt :2 lb
             1 @   31.19              31.19
   7 Highlighter - Brite Liner - Yellow
       070330312579
             2 @    2.05               4.10
                                   ---------
             Merchandise Total:     149.75
                    Sales Tax:        5.13
                                   ---------
                   Balance Due:     154.88
                         Cash:     155.00
                                   ---------
                       Change:        0.12

       OUR OFFICE IS YOUR OFFICE!
     UPLOAD YOUR FILES FOR PRINTING
       TO: www.NWACopyandPrint.com
```

Ship From:

POSTNET
(479)254-8600
1401 S WALTON BLVD STE 9
BENTONVILLE, AR  72712
United States

**Ship To:**

**District Court of the United States
Attention:  Honorable R. B. Walton
333 Constitutional Ave. NW
Washington, DC  20001
United States**

Ship Via: USPS Express
Reference: 44322
Trk #: E0016231510US
Weight: 4.5
Processed on: 05/09/2007 3:52:37 PM

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ Received Mail Room   ☐ Agent ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?   ☐ Yes
If YES, enter delivery address below:   ☐ No

Nancy Mayer Whittington, Clerk
U.S. District Court, District of Columbia

1. Article Addressed to:

United States District Court
for the District of Columbia
Att. Honorable R.B. Walton
333 Constitution Ave NW
Washington D.C. 20001

3. Service Type
☐ Certified Mail   ☐ Express Mail
☒ Registered       ☐ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
RC-022-695-605-US

---

**Registered No.** RC022695605US

| Reg. Fee | $11.25 | | | Date Stamp |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 0736 |
| Postage | $11.90 | Restricted Delivery | $0.00 | 10 08/02/07 |
| Received by | LCA | | | |

Customer Must Declare Full Value $ ~~300.00~~ 500 — ☒ With Postal Insurance / ☐ Without Postal Insurance

Domestic Insurance up to $25,000 is included in the fee. International indemnity is limited. (See Reverse)

OFFICIAL USE

FROM:
Lester Ramer
11717 Stage Coach Rd
Gravette AR 72736

TO:
United States District Court [Att: Honorable R.B. Walton]
for the District of Columbia
333 Constitution Ave 20001
Washington D.C. 20001

PS Form 3806, Receipt for Registered Mail   Copy 1 - Customer
May 2004 (7530-02-000-9051)   (See Information on Reverse)
For domestic delivery information, visit our website at www.usps.com