IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| LESTER R. RAMER and ) <br> MARY L. RAMER ) <br>           Plaintiffs, ) <br> ) <br>           v. ) <br> ) <br> UNITED STATES GOVERNMENT, ) <br> ) <br>           Defendant. ) | No. 1:08-cv-1276-RBW |

**DEFENDANTS' MOTION TO ENLARGE TIME
TO RESPOND TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**

      Defendant moves this Court for an enlargement of the time to respond to plaintiffs' opposition to the United States' motion to dismiss complaint. In support of this motion, defendant asserts the following:

      1.      The Court dismissed this complaint on May 30, 2007 for plaintiffs' failure to respond to the United States' motion to dismiss. (Dkt. #9.)

      2.      On September 2, 2008, the Court reinstated the case after plaintiffs provided documents purporting to show that plaintiffs filed a timely opposition. (Dkt. # 10). The Court ordered defendant to reply to the opposition by September 10, 2008.

      3.      Defendant's counsel is not now in possession of sufficient information to respond to plaintiffs' opposition, due to insufficient time to retrieve the closed filed and to consult with the Internal Revenue Service, the agency charged with the responsibility for the events underlying the case, to provide defendant's counsel with responsive advice, information and documents.

4.      In addition, defendant's counsel is ill, and expects she will be unable to return to work until September 15, 2008.

5.      Defendant believes that an enlargement of time of an additional 14 days would be sufficient for the assembly, transmittal, and receipt of the materials necessary to the drafting and service of a meaningful responsive pleading.

6.      Based on the above, the United States believes that granting a 14-day enlargement of time for the United States to respond to the complaint would tend toward the just, speedy, and inexpensive determination of this action.

7.      The Court has discretion to grant this motion.  Under Fed. R. Civ. P. 6(b)(1), the Court for cause shown, may enlarge the time for answering, moving, or otherwise pleading to the amended complaint.  See Poe v. Christina Copper Mines, Inc., 15 F.R.D. 85, 87-88 (D. Del. 1953)  As the revisers of Professor Moore's treatise on procedure have commented:

> When a party requests an extension before the time period has elapsed, pursuant to Rule 6(b)(1), the district court usually will be liberal in granting the request.  Rule 6(b) allows the court to enlarge time periods in its discretion "for cause shown."  What cause must be shown is not specifically set out in Rule 6(b), but some justification for the enlargement seems to be required.  The court generally will find that cause has been shown and grant the extension unless the moving party has been negligent, shown bad faith, or abused the privilege of extensions.

1 Daniel R. Coquillette, et al., Moore's Federal Practice, § 6.06[2], p. 6-40.1 (1999) (footnotes omitted); Baden v. Craig-Hallum, Inc., 115 F.R.D. 582, 585 (D. Minn. 1987).

8.      The Court should exercise its discretion to grant the requested enlargement of time in the interests of justice and for cause shown.

9.      Plaintiffs have agreed to a 14-day extension of time to file defendants' reply.

Dated:  September 10, 2008.

   /s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Tel./FAX: (202) 307-6390/514-6866
Email:  pat.genis@usdoj.gov

OF COUNSEL:

JEFFREY A. TAYLOR
United States Attorney

CERTIFICATE OF SERVICE

IT IS CERTIFIED that defendant's motion to enlarge the time to respond to plaintiffs' opposition to the United States' motion to dismiss was filed in accordance with the Court's CM/ECF proceedings and served by first-class mail, postage prepaid, addressed to the following persons, on September 10, 2008.

>Lester R. Ramer
>Mary L. Ramer
>Plaintiffs *pro se*
>11717 State Coach Road
>Gravette, AK 72736

>/s/ Pat S. Genis
>PAT S. GENIS, #446244