# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| LESTER R. RAMER and | ) | |
| MARY L. RAMER | ) | No. 1:06-cv-1276-RBW |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES GOVERNMENT, | ) | |
| | ) | |
| Defendant. | ) | |

## O R D E R

Having considered defendant's motion to enlarge time to answer or otherwise respond to complaint, together with the memorandum in support, and having further considered the entire record in this matter, the Court concludes that the motion ought to be granted. Accordingly, it is this _____ day of _____, 2008, at Washington, D.C.,

ORDERED that defendants' motion to enlarge time is GRANTED; and it is

ORDERED that the United States shall have 14 days up to and including September 24, 2008 to respond to plaintiffs' opposition to the United State's motion to dismiss.

_____
UNITED STATES DISTRICT JUDGE

COPIES TO:

PAT S. GENIS
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 227
Washington, DC 20044

Lester R. Ramer
Mary L. Ramer
Plaintiffs *pro se*
11717 State Coach Road
Gravette, AK 72736